# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**MICHELLE MCCLURE,**

      **Plaintiff,**

                                        **Civil Action 2:12-cv-00309**

v.                                      **Judge Edmund A. Sargus**

                                        **Magistrate Judge Elizabeth P. Deavers**

**PARKING SOLUTIONS, INC.,**

      **Defendant.**

## ORDER

This matter is before the Court for consideration of the August 2, 2012 Report and Recommendation of the Magistrate Judge. (ECF No. 10.) The Magistrate Judge recommended that the Court dismiss this action without prejudice for failure to prosecute.

The Report and Recommendation of the Magistrate Judge specifically advised the parties that failure to object to the Report and Recommendation within fourteen days results in a "waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." (Report & Recommendation 3, ECF No. 10.) The time period for filing objections to the Report and Recommendation has expired. No party has objected to the Report and Recommendation.

The Court reviewed the Report and Recommendation of United States Magistrate Judge Elizabeth A. Preston Deavers, to whom this case was referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge. Plaintiff's action is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(b). The Clerk

is **DIRECTED** to remove this action from the Court's pending case list.

      **IT IS SO ORDERED.**

_8-24-2012_
**DATED**

                   **EDMUND A. SARGUS, JR.**
                   **UNITED STATES DISTRICT JUDGE**