AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**MICHELLE MCCLURE,**

       **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

       **CASE NO.  C2-12-309**
**PARKING SOLUTIONS, INC.,**    **JUDGE EDMUND A. SARGUS, JR.**
       **MAGISTRATE JUDGE ELIZABETH P. DEAVERS**

       **Defendant.**

___   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the Order filed August 24, 2012, JUDGMENT is hereby entered DISMISSING this case.**

Date: August 24, 2012                  JAMES BONINI, CLERK

                                            */S/ Andy F. Quisumbing*
                                            (By) Andy F. Quisumbing
                                            Courtroom Deputy Clerk