AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**MICHELLE MCCLURE,**

      **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**PARKING SOLUTIONS, INC.,**

CASE NO. C2-12-309
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE ELIZABETH P. DEAVERS

      **Defendant.**

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the Order filed August 24, 2012, JUDGMENT is hereby entered DISMISSING this case.**

Date: August 24, 2012                       JAMES BONINI, CLERK

                                        */S/ Andy F. Quisumbing*
                                        (By) Andy F. Quisumbing
                                        Courtroom Deputy Clerk